IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-128-F

| | | |
|---|---|---|
| TIMOTHY W. RAYNOR & NICOLE W. RAYNOR, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| | ) ) ) ) | |
| WELLS FARGO BANK, N.A., | ) ) | |
| Defendant. | ) | |

The Clerk of Court is DIRECTED to re-assign this case to another district judge so as to avoid any appearance of a conflict.

SO ORDERED.

This, the 17th day of May, 2012.

_____
James C. Fox
Senior United States District Judge